UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER JOHANNES<br>　　　　　　　　Plaintiff,<br>v.<br>NANCY BERRYHILL<br>　　　　　　　　Defendant. | Case No.:  19cv1868-LAB (AHG)<br>**ORDER OF DISMISSAL** |

All parties instituting any civil action, suit or proceeding in a district court of the United States, other than a writ of habeas corpus, must pay a filing fee of $400. See 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if granted leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff Jennifer Johannes filed this social security appeal without paying the filing fee or moving to proceed IFP.  She also failed to sign the complaint as required by Fed. R. Civ. P. 11(a); instead of signing the form she used to create her complaint, she typed her name. For a complaint filed in paper form, this does not suffice.

Plaintiff says she resides in Palmdale, California, in Los Angeles County. Los Angeles County is in the Central District of California, not the Southern District.  It

1

is unclear where she has her principal place of business. *See* 42 U.S.C. § 405(g) (giving venue provisions for social security appeals). The Court can, and does, raise the issue of defective venue without waiting for Defendant to do so. *See Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986).

This action is **DISMISSED WITHOUT PREJUDICE** for failing to either pay the filing fee or move to proceed IFP. Within **21 calendar days of the date this order is issued**, Plaintiff must either prepay the entire $400 civil filing fee, or complete and file a motion to proceed IFP. Within the same time limit, she must also file a copy of her complaint that includes her signature, and that shows why venue is proper in this District. If she fails to do so within the time permitted, this action will remain dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: October 22, 2019

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge